## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DEMETRIUS HOLLINS,** | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE |
| **GWINNETT COUNTY, GEORGIA; CHIEF BUTCH AYERS; SERGEANT MICHAEL BONGIOVANNI, and; OFFICER ROBERT MCDONALD** | NO. 1:21-CV-3756-MHC |
| Defendants. | |

### DEFENDANTS GWINNETT COUNTY AND CHIEF BUTCH AYERS' MOTION TO DISMISS

COMES NOW COMES NOW Defendants Gwinnett County and Chief Butch Ayers, pursuant to Federal Rule of Civil Procedure 12(b)(6), file their Motion to Dismiss Plaintiff's complaint. Doc. 1 For the reasons set forth in Defendants' contemporaneously filed memorandum of law, the complaint fails to set forth a plausible claim for relief against defendants, and defendants are immune to certain claims as a matter of law. As such, the Court should dismiss Plaintiff's Complaint.

Respectfully submitted this 29th day of October, 2021.

**FREEMAN MATHIS & GARY, LLP**

<u>/s/ Preston W. Ehlers</u>
Sun S. Choy
Georgia Bar No. 025148
schoy@fmglaw.com
Sara E. Brochstein
Georgia Bar No. 446366
sbrochstein@fmglaw.com
Preston W. Ehlers
Georgia Bar No. 532876
Preston.Ehlers@fmglaw.com

*Counsel for Defendants Gwinnett County and Chief Butch Ayers*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
Telephone: (770) 818-0000
Facsimile: (770) 937-9960

Tuwanda Rush Williams
Deputy County Attorney
Georgia Bar No. 619545
Tuwanda.williams@gwinnettcounty.com

*Co-counsel for Defendants Gwinnett County and Chief Butch Ayers*

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046
(770) 822-8700

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing motion has been prepared in compliance with Local Rule 5.1(B) using Times New Roman 14-point font.

Respectfully submitted this 29th day of October, 2021.

                                           **FREEMAN MATHIS & GARY, LLP**

                                           */s/ Preston W. Ehlers*
                                           Preston W. Ehlers
                                           Georgia Bar No. 532876
                                           Preston.Ehlers@fmglaw.com

                                           *Counsel for Defendants Gwinnett County and Chief Butch Ayers*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
Telephone: (770) 818-0000
Facsimile: (770) 937-9960

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANTS GWINNETT COUNTY AND CHIEF BUTCH AYERS' MOTION TO DISMISS** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

> L. Chris Stewart
> Justin D. Miller
> Dianna J. Lee
> STEWART MILLER SIMMONS
> 55 Ivan Allen Jr. Blvd
> Suite 700
> Atlanta, Georgia 30308
> 404-529-3476

This 29th day of October, 2021.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Preston W. Ehlers*
Preston W. Ehlers
Georgia Bar No. 532876
Preston.Ehlers@fmglaw.com

*Counsel for Defendants Gwinnett County and Chief Butch Ayers*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
Telephone: (770) 818-0000
Facsimile: (770) 937-9960