IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEMETRIUS HOLLIS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BONGIOVANNI,<br>ROBERT MCDONALD,<br>GWINNETT COUNTY, GEORGIA,<br>and CHIEF BUTCH AYERS,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-3756-MHC |

## ORDER

The parties having informed the Court of settlement, the Court hereby **DIRECTS** the Clerk to administratively close this case. These parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**IT IS SO ORDERED** this 20th day of December, 2021.

MARK H. COHEN
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.